Submitted on record and briefs February 26, sentence vacated in part and remanded for resentencing; otherwise affirmed March 31, 1993

## STATE OF OREGON,
*Respondent,*

*v.*

## BRIAN LEE WALLACE,
*Appellant.*

(9110-2315; CA A74777)

848 P2d 150

Stephen A. Lipton, Salem, filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Chief Judge, and Warren and Edmonds, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals convictions for burglary in the first degree, ORS 164.225, and theft in the third degree. ORS 164.043. He challenges only the sentence imposed for the burglary conviction. The state concedes that the court erred by imposing a sentence under ORS 137.635, rather than under the sentencing guidelines. We accept that concession. *State v. Haydon*, 116 Or App 347, 842 P2d 410 (1992).

Sentence for burglary in the first degree vacated and remanded for resentencing; otherwise affirmed.